PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
RAY BARNES, MARIAN BURROUGH (erroneously sued as "MARIAN BURROUGHS"), IVADELLE CASTRO (erroneously sued as "IVDELLE CASTRO"), IRENE LOWERY (erroneously sued as "IRENE LEWIS"), WILLIAM WALKER, CAROLYN WALKER, AND TWILA BURROUGH (erroneously sued as "TWILA BURROUGHS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, et al.,<br><br>　　Defendants. | CASE NO. 1:10-CV-01281-OWW-DLB<br><br>**STIPULATION AND ORDER SCHEDULING PARTIES' BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs, defendant Ken Salazar, and certain individual defendants who are members of a sovereign Indian tribe, Table Mountain Rancheria (Ray Barnes, Marian Burrough (erroneously sued as "Marian Burroughs"), Ivadelle Castro (erroneously sued as "Ivdelle Castro"), Irene Lowery (erroneously sued as "Irene Lewis"), William Walker, Carolyn Walker, and Twila Burrough (erroneously sued as "Twila Burroughs") (hereinafter referenced as "Tribal Defendants")) (collectively referenced as "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, all of the above-listed defendants plan to file responsive pleadings seeking dismissal of plaintiffs' claims on multiple grounds; and

WHEREAS, defendant Ken Salazar is represented by the United States Attorney; and

WHEREAS, the above-listed Tribal Defendants are represented by SNR Denton US LLP ("SNR Denton"), and the Tribal Defendants intend to file a single brief in support of a consolidated motion to dismiss, raising defenses that they share in common; and

WHEREAS, the Parties wish to make arrangements for orderly briefing of the numerous defenses that defendant Ken Salazar and the Tribal Defendants plan to raise in their respective motions to dismiss on a timeline that accommodates counsels' respective schedules; and

WHEREAS, the claims plaintiffs bring against defendant Ken Salazar in his personal capacity require coordination between the United States Attorney's Office of the Eastern District of California and Mr. Salazar; and

WHEREAS, the Parties believe that the large number of defenses Ken Salazar and the Tribal Defendants plan to raise; the extensive history of the litigation by certain plaintiffs against the United States and against Table Mountain Rancheria, its Tribal members, and its Tribal government officials; and the important issues of federal Indian law implicated by plaintiffs' claims will require thorough and time-consuming briefing; and

-1-
Case No. 1:10-CV-01281-OWW-DLB  STIPULATION AND ORDER SCHEDULING BRIEFING OF MOTIONS TO DISMISS

1  WHEREAS, the Parties agree that the foregoing reasons present good cause for altering the briefing schedule set forth in Rule 230 of the Local Rules of the United States District Court, Eastern District of California; and

WHEREAS, the Parties believe that briefs in excess of the page limits specified in the Court's Standing Order issued July 19, 2010 (Doc. 10) will assist the Court in evaluating the merits of the motions and will reduce the Court's need to conduct independent research; and

WHEREAS, the Tribal Defendants, who have not yet been served, have authorized SNR Denton to accept service on their behalf pursuant to the terms of this stipulation; and

WHEREAS, the remaining defendants who are members of Table Mountain Rancheria (Lorie Jones Castro, Lester Burrough (erroneously sued as "Lester Burroughs"), Lewis Barnes, and Aaron Jones) have not yet authorized SNR Denton to accept service on their behalf, but may ultimately elect to join a dispositive motion filed by the Tribal Defendants pursuant to the terms of this stipulation; and

WHEREAS, defendant Ken Salazar, who plaintiffs purported to serve on August 25, 2010, has colorable grounds for objecting to such service of process;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties that:

1. The responsive pleading of defendant Ken Salazar shall be due no later than November 22, 2010;

2. Responsive pleadings of Tribal Defendants, and any other individual defendant who is a member of Table Mountain Rancheria and who elects to accept service under the terms of this stipulation by joining Tribal Defendants' motion to dismiss (collectively "Stipulating Tribal Defendants") shall be due no later than November 22, 2010;

3. Stipulating Tribal Defendants may file one consolidated brief, which shall not exceed 40 pages, in support of a motion to dismiss;

4. Defendant Ken Salazar may file a separate brief, which shall not exceed 40 pages, in support of his motion to dismiss;

5. No later than December 20, 2010, plaintiffs may file one consolidated brief in opposition to each motion to dismiss of defendant Ken Salazar and the Stipulating Tribal Defendants, and each opposition shall not exceed 40 pages;

6. Not later than January 14, 2011, Stipulating Tribal Defendants may file one consolidated reply brief, which shall not exceed 20 pages, in support of their motion to dismiss;

7. Not later than January 14, 2011, defendant Ken Salazar may file a separate reply brief, which shall not exceed 20 pages, in support of his motion to dismiss;

8. The motions to dismiss of defendant Ken Salazar and Stipulating Tribal Defendants shall be consolidated for a single hearing during the Court's civil and motion calendar on Monday, January 24, 2011, at 10:00 a.m., or at another date and time convenient for the Court;

9. Service on Stipulating Tribal Defendants shall be deemed effective as of the date the Court approves and gives effect to this stipulation; and

10. Given the uncertainty of service on any defendant, the Mandatory Scheduling Conference currently set for November 17, 2010, shall be vacated, to be reset, if appropriate, following resolution of potential service disputes and any motions to dismiss.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 20, 2010   LAW OFFICES OF RICHARD HAMLISH


By:   /s/  Richard Hamlish (authorized October 20, 2010)
      Richard Hamlish

Attorney for Plaintiffs

-3-

CLIFFORD M. LEWIS, DONALD D. LEWIS, BOB MALDONADO, NASTASHIA HER, DANIELLE MALDONADO, ELMA MALDONADO, DOMINQUE ASHLEY TOM, RUSSELL SAHAGIAN, RAY SAHAGIAN, STEPHANIE SANDOVAL, FRANKI SANDOVAL, CYNTHIA SANDOVAL, BRENT SANDOVAL, MONICA MONTEZ, MARTIN MONTEZ, JR. CYNTHIA ROSE MONTEZ, ADRIAN MONTANO, MARTIN B. LEWIS, ANTHONY LEWIS, PAUL ANTHONY KELUCHE, JOSEPH M. KELUCHE, CHARLENE KELUCHE, PRISILLA JETT, KEVIN WADE HUNTER, JOHN GONZALES, GAIL ANN GONZALES, BRITTANY MONIQUE GONZALES, ROGER TED DAVIS, TERRY A. CRUZ, MONICA CRUZ, DAVID CRUZ, JR., CECELIA CRUZ, STEVEN CRAWLEY, KIMBERLY A. BRACAMONTE, VICTORIAS BOWMAN, TERESA BOWMAN, MELISSA ANN CORONA, PATRICK ALVERAZ, ANTHONY ALVERAZ, KAUREN D. BOYLE, JEFF BROWN, COLLEEN BYOFF, MICHELLE CAMPBELL, DAVID CASTELLON, JR., JASON CASTELLON, MARK CASTELLON, YVETTE CASTELLON, CHERYL ERIKSEN, DIANE GRIGSBY, JOANNA GUTIERREZ, PAULA HAMILTON, SALLY HAYES, ALEXANDRIA LEWIS, CHAD E. LEWIS, CHERYL LEWIS, JERRY L. LEWIS, KAMERON LEWIS, KATHY LEWIS, TRINA LEWIS, LAURELL MCGRAW, KAREN A. ROMUND, LEWIS COLE SCHACHER, RICHARD J. SCHACHER, JR., ROSANNE HELEN SCHACHER, PAUL SOKOLSKI, DARREN SORONDO, SHIRLEY A. SWENSON. DEBRA CLARIECE BAILEY, HARRIET BOWMAN, CASSANDRA CASEM, JOEY CASEM, BLAINE CHARLIE, CLARA, CHARLIE, HEATHER CHARLIE, SKLAR CHARLIE, TATE CHARLIE, VERNON CHARLIE, RENA CRAWLEY, STEVEN CRAWLEY, JENNIFER CONNOLLY, DEBORAH DANIELS-GARCIA, DANNY DANIELS, CHEYENNE SIERRA LEWIS, ERNSET ERIC SHERFIELD, RENE E VILLARREAL, DAVID YELTON, FLORENCE YELTON, GARY YELTON, HARRY YELTON, KAREN YELTON, KELLY YELTON, RICKY YELTON, MARY MARTINEZ, JEANINE GONZALES, AND ROES 1-100

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

| | | |
|---|---|---|
| Dated: October 20, 2010 | | SNR DENTON US LLP |

By: /s/ Ian R. Barker
    Paula M. Yost
    Ian R. Barker

Attorneys for Defendants
RAY BARNES, MARIAN BURROUGH (erroneously sued as "MARIAN BURROUGHS"), IVADELLE CASTRO (erroneously sued as "IVDELLE CASTRO"), IRENE LOWERY (erroneously sued as "IRENE LEWIS"), WILLIAM WALKER, CAROLYN WALKER, AND TWILA BURROUGH (erroneously sued as "TWILA BURROUGHS")

Dated: October 20, 2010    UNITED STATES ATTORNEY'S OFFICE — EASTERN DISTRICT OF CALIFORNIA

By: /s/ Edward A. Olsen (authorized October 20, 2010)
    Benjamin B. Wagner
    Edward A. Olsen

Attorneys for Defendant
KEN SALAZAR

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-5-
Case No. 1:10-CV-01281-OWW-DLB

STIPULATION AND ORDER SCHEDULING BRIEFING OF MOTIONS TO DISMISS

# ORDER

The Parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The responsive pleading of defendant Ken Salazar shall be due no later than November 22, 2010;

2. Responsive pleadings of Tribal Defendants and any other individual defendant who is a member of Table Mountain Rancheria and who elects to accept service under the terms of this stipulation by joining Tribal Defendants' motion to dismiss (collectively "Stipulating Tribal Defendants") shall be due no later than November 22, 2010;

3. Stipulating Tribal Defendants may file one consolidated brief, which shall not exceed 40 pages, in support of a motion to dismiss;

4. Defendant Ken Salazar may file a separate brief, which shall not exceed 40 pages, in support of his motion to dismiss;

5. No later than December 20, 2010, plaintiffs may file one consolidated brief in opposition to each motion to dismiss of defendant Ken Salazar and the Stipulating Tribal Defendants, and each opposition shall not exceed 40 pages;

6. Not later than January 14, 2011, Stipulating Tribal Defendants may file one consolidated reply brief, which shall not exceed 20 pages, in support of their motion to dismiss;

7. Not later than January 14, 2011, defendant Ken Salazar may file a separate reply brief, which shall not exceed 20 pages, in support of his motion to dismiss;

8. The motions to dismiss of defendant Ken Salazar and Stipulating Tribal Defendants shall be consolidated for a single hearing during the Court's civil and motion calendar on Monday, January 24, 2011, at 10:00 a.m., or at another date and time convenient for the Court;

9. Service on Stipulating Tribal Defendants shall be deemed effective as of the date the Court approves and gives effect to this stipulation; and

10. Given the uncertainty of service on any defendant, the Mandatory Scheduling Conference currently set for November 17, 2010, shall be vacated, to be reset, if appropriate, following resolution of potential service disputes and any motions to dismiss.

IT IS SO ORDERED.

Dated:   **October 21, 2010**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE