UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHY LYNETTE LEWIS, et al.,

        Plaintiffs,

    v.                                         CIV. NO. S-03-1476 LKK/DAD

GAIL NORTON, in her capacity
as the Secretary of the
Department of the Interior,

        Defendants.
_____/

CLIFFORD M. LEWIS, et al.,

        Plaintiffs,

    v.                                         CIV. NO. F-10-1281 OWW/DLB

KEN SALAZAR, Secretary of the
Interior for the United States
of America, et al.,

        Defendants.         NON-RELATED CASE ORDER
_____/

    Pending before the court is a notice of related cases. This court issued an order dismissing the above-captioned case on November 6, 2003. Defendants have notified the court that this

1 case may be related to Case No. 10-1281.

2     After a review of the cases, the court concludes that case
3 number 10-1281 is not related to the above-captioned case within
4 the meaning of Local Rule 83-123(a), and the court therefore
5 DECLINES to relate the cases.

6     IT IS SO ORDERED.

7     DATED:  December 2, 2010.

10     LAWRENCE K. KARLTON
    SENIOR JUDGE
11     UNITED STATES DISTRICT COURT