BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Ken Salazar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al.,<br><br>                   Plaintiffs,<br><br>        v.<br><br>KEN SALAZAR, Secretary of the Interior for the United States of America, et al.,<br><br>                   Defendants. | CASE NO.  1:10-CV-01281-OWW-DLB<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; AND ORDER** |

Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval by the Court, to modify the briefing schedule and hearing date in the above-captioned proceeding, in light of the following:

(1) Plaintiffs filed a Complaint on July 16, 2010, and a First Amended Complaint on August 17, 2010.

(2) On October 26, 2010, the Court adopted the parties' proposed briefing schedule pursuant to which the Tribal Defendants' and the Federal Defendant's respective motions to dismiss were due on November 22, 2010; (2) oppositions by the plaintiffs were due on December 20, 2010; (3) defendants' replies were due on January 14, 2011; and a hearing was scheduled for January 24, 2011.

(3) Although the Tribal Defendants and the Federal Defendant each filed timely motions to dismiss, plaintiffs inadvertently overlooked the deadline for filing their oppositions to the motions to

1  dismiss and did not file their opposition to the Tribal Defendants' motion to dismiss until December 31,
2  2010, and did not file their opposition to the Federal Defendant's motion to dismiss until January 5,
3  2011.
4      (4) In order to give the Tribal Defendants and the Federal Defendant fair and sufficient time to
5  prepare and file their respective replies, the parties agree, subject to approval of the Court, to modify
6  the briefing schedule and hearing date as follows:

**Deadline for the filing of the defendants' replies:**     **February 11, 2011**

**Hearing Date:**     **March 21, 2011**

9  The parties recognize that the next available hearing date on the Court's calendar is March 21,
10 2011, but would of course accept any sooner hearing date following the submission of their replies on
11 February 11, 2011, if suitable to the Court.

Dated: January 10, 2011        */s/ Richard Hamlish*
                               RICHARD HAMLISH
                               Law Offices of Richard Hamlish
                               Attorney for Plaintiffs

Dated: January 10, 2011        BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY

                        By:    */s/ Edward A. Olsen*
                               EDWARD A. OLSEN
                               Assistant United States Attorney
                               Attorneys for Federal Defendant

Dated: January 10, 2011        SNR DENTON US LLP

                        By:    */s/ Ian R. Barker*
                               PAULA M. YOST
                               IAN R. BARKER
                               Attorneys for Tribal Defendants

///
///
///
///
///

IT IS SO ORDERED.

**Dated:   January 11, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE