```
BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov
```

Attorneys for Ken Salazar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al., <br><br>                Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior for the United States of America, et al., <br><br>                Defendants. | CASE NO.  1:10-CV-01281-OWW-DLB <br><br> **ORDER GRANTING DEFENDANT KEN SALAZAR'S MOTION TO DISMISS** <br><br> **[Fed. R. Civ. P. 12(b)(1) and (b)(6)]** <br><br> Date: April 4, 2011 <br> Time: 10:00 a.m. <br> Place: Courtroom 3, 7th Floor <br> Judge:  Honorable Oliver W. Wanger |

      This matter came before the Court on April 4, 2011, on the Secretary of the Department of the Interior's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  Having read and considered the papers filed in connection with this matter and having heard oral argument, the Court hereby grants the motion to dismiss and dismisses both claims in the First Amended Complaint without prejudice for the reasons set forth in the Court's Memorandum Decision filed on April 20, 2011.

      IT IS HEREBY ORDERED:

      (1)  Plaintiffs' first cause of action is dismissed without prejudice;

      (2)  Plaintiffs' second cause of action is dismissed without prejudice;

      (3)  Plaintiffs shall file a Second Amended Complaint no later than May 5, 2011;

      (4)  Defendant shall file a responsive pleading within twenty days of service of the Second

Amended Complaint.

DATED: May 2, 2011                    */s/ OLIVER W, WANGER*
                                      United States District Judge