PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
RAY BARNES, MARIAN BURROUGH
(erroneously sued as "MARIAN BURROUGHS"),
IVADELLE CASTRO (erroneously sued as
"IVDELLE CASTRO"), LEWIS BARNES,
WILLIAM WALKER, AARON JONES,
CAROLYN WALKER, and TWILA BURROUGH
(erroneously sued as "TWILA BURROUGHS"),
and LORI CASTRO (erroneously sued as "Lorie
Jones Castro")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, et al.,<br><br>    Defendants. | CASE NO. 1:10-CV-01281-OWW-DLB<br><br>**ORDER GRANTING TRIBAL DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, OR IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date:        April 4, 2011<br>Time:       10:00 a.m.<br>Courtroom:  3<br><br>Judge:      Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

The motion to dismiss of Defendants Ray Barnes, Marian Burrough, Ivadelle Castro, Lewis Barnes, William Walker, Aaron Jones, Carolyn Walker, Twila Burrough, and Lori Castro (hereinafter collectively referenced as "Tribal Defendants") came regularly for hearing on April 4, 2011, at 10 a.m., in Courtroom 3 before the Honorable Oliver W. Wanger.

After reviewing all the papers filed in this matter and entertaining oral argument, the Court ruled there is good cause to GRANT Tribal Defendants' motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Tribal Defendants' Motion To Dismiss For Lack Of Subject Matter Jurisdiction, Or In The Alternative, For Failure To State A Claim Upon Which Relief Can Be Granted is GRANTED;

2. That Plaintiffs' First Amended Complaint is DISMISSED, without prejudice;

3. That Plaintiffs shall file an amended complaint within fifteen days of electronic service of the Court's Memorandum Decision Regarding Defendants' Motions To Dismiss (Doc. 38); and

4. That Defendants shall file a responsive pleading within twenty days of service of any amended complaint.

IT IS SO ORDERED.

DATED: May 2, 2011        /s/ OLIVER W. WANGER
                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com