PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
RAY BARNES, MARIAN BURROUGH
(erroneously sued as "MARIAN BURROUGHS"),
IVADELLE CASTRO (erroneously sued as
"IVDELLE CASTRO"), IRENE LOWERY
(erroneously sued as "IRENE LEWIS"), LEWIS
BARNES, WILLIAM WALKER, AARON JONES,
CAROLYN WALKER, and TWILA BURROUGH
(erroneously sued as "TWILA BURROUGHS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, et al.,<br><br>    Defendants. | CASE NO. 1:10-CV-01281-OWW-DLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule 6-144(a) of the United States District Court for the Eastern District of California, Plaintiffs Clifford M. Lewis, Donald D. Lewis, Bob Maldonado, Nastashia Her, Danielle Maldonado, Elma Maldonado, Dominque Ashley Tom, Russell Sahagian, Ray Sahagian, Stephanie Sandoval, Franki Sandoval, Cynthia Sandoval, Brent Sandoval, Monica Montez, Martin Montez, Jr. Cynthia Rose Montez, Adrian Montano, Martin B. Lewis, Anthony Lewis, Paul Anthony Keluche, Joseph M. Keluche, Charlene Keluche, Prisilla Jett, Kevin Wade Hunter, John Gonzales, Gail Ann Gonzales, Brittany Monique Gonzales, Roger Ted Davis, Terry A. Cruz, Monica Cruz, David Cruz, Jr., Cecelia Cruz, Steven Crawley, Kimberly A. Bracamonte, Victorias Bowman, Teresa Bowman, Melissa Corona, Patrick Alveraz, Anthony Alveraz, Kauren D. Boyle, Jeff Brown, Colleen Byoff, Michelle Campbell, David Castellon, Jr., Jason Castellon, Mark Castellon, Yvette Castellon, Cheryl Eriksen, Diane Grigsby, Joanna Gutierrez, Paula Hamilton, Sally Hayes, Alexandria Lewis, Chad E. Lewis, Cheryl Lewis, Jerry L. Lewis, Kameron Lewis, Kathy Lewis, Trina Lewis, Laurell McGraw, Karen A. Romund, Lewis Cole Schacher, Richard J. Schacher, Jr., Rosanne Helen Schacher, Paul Sokolski, Darren Sorondo, Shirley A. Swenson, Dedra Clariece Bailey, Harriet Bowman, Cassandra Casem, Joey Casem, Blaine Charlie, Clara, Charlie, Heather Charlie, Sklar Charlie, Ttte Charlie, Vernon Charlie, Rena Crawley, Steven Crawley, Jennifer Connolly, Deborah Daniels-Garcia, Danny Daniels, Cheyenne Sierra Lewis, Ernest Eric Sherfield, Renee Villarreal, David Yelton, Florence Yelton, Gary Yelton, Harry Yelton, Karen Y elton, Kelly Yelton, Ricky Yelton, Mary Martinez, and Jeanine Gonzales (collectively, "Plaintiffs"), defendant Ken Salazar, Secretary of the Interior for the United States of America ("Defendant Salazar"), and defendants Ray Barnes, Marian Burrough, Ivadelle Castro, Irene Lowery, Lewis Barnes, William Walker, Aaron Jones, Carolyn Walker, and Twila Burrough, all members of the federally recognized Indian tribe of Table Mountain Rancheria of California(hereinafter referenced as "Tribal Defendants"), by and through their respective counsel, hereby stipulate and agree to the following:

Tribal Defendants and Defendant Salazar shall have a seven (7) day extension of time, to and including June 1, 2011, in which to respond to Plaintiff's Second Amended Complaint in the

1  above-captioned action.  No previous extensions have been granted with respect to the responsive
2  deadline.

3  This stipulation is based on the following facts:  Plaintiffs filed their First Amended Complaint ("FAC") on August 17, 2010.  Defendant Salazar and Tribal Defendants filed motions to dismiss Plaintiff's FAC on November 19, and November 22, 2010, respectively.  On April 20, 2011, this Court granted Defendants' Motions to Dismiss without prejudice and provided that Plaintiffs shall file an amended complaint within fifteen (15) days, with Defendants' responsive pleading due within twenty days of service of any amended complaint.  Plaintiffs filed their Second Amended Complaint ("SAC") on May 5, 2011, such that responses would be due May 25, 2011.

Due to Tribal Defendants' counsel's unexpected need to attend a funeral of a client representative just prior to the filing deadline, combined with the competing demands of work and the extended personal absence of one of the attorneys handling this matter for Tribal Defendants, Tribal Defendants need additional time to meaningfully respond to the SAC.

The Parties therefore agree to continue Defendants' responsive deadline for the Second Amended Complaint by seven days.

Therefore, the parties through their undersigned counsel HEREBY STIPULATE AND AGREE that all Defendants shall have an extension of time to respond to the Second Amended Complaint until June 1, 2011.

Dated: May 20, 2011                    SNR DENTON US LLP


                                       By      */s/ Paula M. Yost*
                                            PAULA M. YOST
                                            Attorneys for Tribal Defendants;

-2-

Case No. 1:10-CV-01281-OWW-DLB          STIPULATION FOR EXTENSION OF
                                        TIME FOR DEFENDANTS TO RESPOND TO
                                        SECOND AMENDED COMPLAINT

| | |
|---|---|
| Dated: May 20, 2011 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| | By  */s/ Edward A. Olsen* (with permission) |
| | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendant Ken Salazar |
| Dated: May 20, 2011 | LAW OFFICES OF RICHARD HAMLISH |
| | By     */s/* (with permission) |
| | RICHARD HAMLISH<br>Attorneys for Plaintiffs |

IT IS SO ORDERED.

Dated:   **May 25, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000