BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Ken Salazar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, Secretary of the Interior for the United States of America, et al.,<br><br>                  Defendants. | CASE NO. 1:10-CV-01281-OWW-DLB<br><br>**ORDER GRANTING DEFENDANT KEN SALAZAR'S MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 12(b)(1) and (b)(6)]**<br><br>Date: August 1, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 3, 7th Floor<br>Judge: Honorable Oliver W. Wanger |

    This matter came before the Court on August 1, 2011, on the Secretary of the Department of the Interior's ("Secretary") Motion to Dismiss the claims asserted against the Secretary in plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Having read and carefully considered the papers filed in connection with this matter and having heard oral argument, the Court hereby grants the Secretary's Motion to Dismiss and dismisses each and all of plaintiffs' claims against the Secretary (which consist of Claims One and Two in the Second Amended Complaint) with prejudice for the reasons set forth in the Court's Memorandum Decision filed on August 29, 2011.

    IT IS HEREBY ORDERED THAT:

    (1) Plaintiffs' first claim in the Second Amended Complaint is dismissed with prejudice because it fails to state a claim upon which relief can be granted; it is barred by the doctrine of

1   sovereign immunity; plaintiffs were previously admonished at the hearing on the Secretary's motion to
2   dismiss the First Amended Complaint that they would be given only one more opportunity to amend
3   their complaint in order to articulate cognizable claims and they have failed to articulate cognizable
4   claims in their Second Amended Complaint; and amendment would be futile because plaintiffs have
5   failed to point to a waiver of the government's sovereign immunity.

6   (2)  Plaintiffs' second claim in the Second Amended Complaint is dismissed with prejudice
7   because it fails to state a claim upon which relief can be granted; it is barred by the doctrine of
8   sovereign immunity; plaintiffs were previously admonished at the hearing on the Secretary's motion to
9   dismiss the First Amended Complaint that they would be given only one more opportunity to amend
10  their complaint in order to articulate cognizable claims and they have failed to articulate cognizable
11  claims in their Second Amended Complaint; and amendment would be futile because plaintiffs have
12  failed to point to a waiver of the government's sovereign immunity.

13  (3)  This action is dismissed with prejudice and judgment shall be entered in favor of the
14  Secretary.

17   IT IS SO ORDERED.

18   **Dated:     August 31, 2011**                        **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE