PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants
RAY BARNES, MARIAN BURROUGH
(erroneously sued as "MARIAN BURROUGHS"),
IVADELLE CASTRO (erroneously sued as
"IVDELLE CASTRO"), LEWIS BARNES,
WILLIAM WALKER, AARON JONES,
CAROLYN WALKER, and TWILA BURROUGH
(erroneously sued as "TWILA BURROUGHS"),
and LORI CASTRO (erroneously sued as "Lorie
Jones Castro")

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KEN SALAZAR, et al.,<br><br>    Defendants. | CASE NO. 1:10-CV-01281-OWW-DLB<br><br>**ORDER GRANTING TRIBAL DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, OR IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date:        August 1, 2011<br>Time:       10:00 a.m.<br>Courtroom: 3<br><br>Judge:      Hon. Oliver W. Wanger |

The motion to dismiss of Defendants Ray Barnes, Marian Burrough, Ivadelle Castro, Lewis Barnes, William Walker, Aaron Jones, Carolyn Walker, Twila Burrough, and Lori Castro (hereinafter collectively referenced as "Tribal Defendants") came regularly for hearing on August 1, 2011, at 10 a.m., in Courtroom 3 before the Honorable Oliver W. Wanger.

After reviewing all the papers filed in this matter and entertaining oral argument, the Court ruled there is good cause to GRANT Tribal Defendants' motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Tribal Defendants' Motion To Dismiss Second Amended Complaint For Lack Of Subject Matter Jurisdiction, Or In The Alternative, For Failure To State A Claim Upon Which Relief Can Be Granted is GRANTED;

2. That Plaintiffs have repeatedly failed to allege a cognizable claim against Tribal Defendants and that further leave to amend would be futile;

3. That Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE; and

4. The Clerk of this Court is directed grant judgment in favor of Tribal Defendants and close this case.

DATED: ___August 31, 2011__          /s/ OLIVER W. WANGER
                                     The Honorable Oliver W. Wanger
                                     United States District Judge

27374821

-1-
Case No. 1:10-CV-01281-OWW-DLB                              ORDER GRANTING TRIBAL
                                                            DEFENDANTS' MOTION TO DISMISS
                                                            SECOND AMENDED COMPLAINT