UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD M. LEWIS, et al., | ) CASE NO. 10-CV-01281 OWW DLB |
| Plaintiffs, | ) |
| v. | ) OLIVER W. WANGER, PRESIDING |
| KEN SALAZAR, et al | ) UNITED STATES DISTRICT JUDGE |
| Defendants. | ) ORDER GRANTING SECRETARY OF THE INTERIOR KEN SALAZAR MOTION TO DISMISS |
| | ) Date: August 1, 2011 |
| | ) Time: 10;00 a.m. |
| | ) Place: Courtroom 3 |

This matter came before the Court on August 1, 2011, on the Secretary of the Department of the Interior's ("Secretary") Motion to Dismiss the claims asserted against the Secretary in plaintiffs' Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Having read and carefully considered the papers filed in connection with this matter and having heard oral argument, the Court hereby grants the Secretary's Motion to Dismiss and dismisses each and all of plaintiffs' claims against the Secretary (which consist of Claims One and Two in the

Second Amended Complaint) with prejudice for the reasons set forth in the Court's Memorandum Decision filed on August 29, 2011.

///

///

IT IS HEREBY ORDERED THAT:

(1)   Plaintiffs' first claim in the Second Amended Complaint is dismissed with prejudice because it fails to state a claim upon which relief can be granted; it is barred by the doctrine of sovereign immunity; and amendment would be futile because plaintiffs have failed to point to a waiver of the government's sovereign immunity.

(2)  Plaintiffs' second claim in the Second Amended Complaint is dismissed with prejudice because it fails to state a claim upon which relief can be granted; it is barred by the doctrine of sovereign immunity; and amendment would be futile because plaintiffs have failed to point to a waiver of the government's sovereign immunity.

(3)   This action is dismissed with prejudice and judgment shall be entered in favor of the Secretary.

IT IS SO ORDERED.

Dated:   **September 8, 2011**              /s/ Oliver W. Wanger

                                                              UNITED STATES DISTRICT JUDGE

~3~